AO 442 (REV. 12/85)

# United States District Court

WESTERN DISTRICT OF TEXAS, DEL RIO DIVISION

FILED
FEB 1 6 2007
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

UNITED STATES OF AMERICA

V.

George Armando MATA

Guadalupe MATA

Frank Segura SEPEDA

**CRIMINAL COMPLAINT**

CASE NUMBER: DR 07-2324M-01, 02, 03

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **February 13, 2007** in **Dimmit** county, in the **Western** District of **Texas** defendant(s) did, (track statutory language of offense) knowingly or in reckless disregard of the fact that certain aliens, Samuel GONZALEZ-Estrada and Jose Luis AMADOR-Arguijo have come to, entered, or remain in the United States in violation of law, transports, or moves or attempts to transport or move such aliens within the United States by means of transportation or otherwise, in furtherance of such violation of law;

in violation of Title **8** United States Code, Section(s) **1324 (a)(1)(A)(ii)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts: On February 13, 2007, the DEFENDANTS were arrested near Carrizo Springs, Texas attempting to transport undocumented aliens to Houston, Texas for a fee of $900 per illegal alien. The DEFENDANT George Armando MATA admitted to Border Patrol Agents that he agreed to house the illegal aliens at his mother's DEFENDANT Guadalupe Mata residence for a fee of $50 per illegal alien. The DEFENDANT Guadalupe Mata admitted to Border Patrol Agents that she knew the MATERIAL WITNESSESS were illegal aliens and that she instructed them to go to a back room in her residence. The DEFENDANT Frank Segura Sepeda admitted to Border Patrol Agents that he knew the MATERIAL WITNESSESS were illegal aliens and that he made arrangements with the MATERIAL WITNESSESS to transport them to Houston for $900.00 and San Antonio for $600.00. He also admitted that he was going to pay the other DEFENDANTS $50.00 to house each illegal alien until he could secure transportation for them. The MATERIAL WITNESSESS will testify that the DEFENDANTS knew they were illegal aliens and can identify the DEFENDANTS.

Continued on the attached sheet and made a part hereof: ☐ Yes ☒ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

February 16, 2007
Date

at Del Rio, Texas
City and State

Dennis G. Green
U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer